UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

$136,096.57 FORMERLY ON DEPOSIT IN CAPITAL ONE BANK ACCOUNT 7528402644, HELD IN THE NAME OF "CONCILIATION USA, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

and

$285,874.95 FORMERLY ON DEPOSIT IN KEARNY BANK ACCOUNT 294401377, HELD IN THE NAME OF "TRM MULTISERVICE LLC," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

                Defendants-*in-rem*,

and

LUIS TORIBIO, ENGLEWOOD INTERNATIONAL SERVCES, INC., CONCILIATION USA INC. (AKA "CONCILIATION CORP.) AND TRM MULTISERVICE LLC,

                Claimants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/30/2021__

21 Civ. 174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants.

The parties are encouraged to engage in discovery through remote means at every available opportunity.

    SO ORDERED.

Dated: March 30, 2021
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge