**U.S. Department of Justice**

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2021

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 29, 2021

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. $136,096.57, et al.*, 21 Cv. 174 (AT)

Dear Judge Torres:

    The Government respectfully writes, with the consent of counsel for the claimants, to request that the Initial Pretrial Conference and all discovery in the above-captioned matter be stayed for forty-five days. The Court has not set a date for the Initial Pretrial Conference, and the proposed stay would allow the Government to continue its related criminal investigation without prejudicing that investigation through disclosure of investigative materials in this civil action. This is the first request for a stay.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

---

GRANTED. The initial pretrial conference will proceed on **May 20, 2021**, at **10:20 a.m.**, in accordance with the initial pretrial conference order issued today.

SO ORDERED.

Dated: March 30, 2021
    New York, New York

*[Signature]*

ANALISA TORRES
United States District Judge