UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

           Plaintiff,

-against-

$136,096.57 FORMERLY ON DEPOSIT IN CAPITAL ONE BANK ACCOUNT 7528402644, HELD IN THE NAME OF "CONCILIATION USA, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

and

$285,874.95 FORMERLY ON DEPOSIT IN KEARNY BANK ACCOUNT 294401377, HELD IN THE NAME OF "TRM MULTISERVICE LLC," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

           Defendants-*in-rem*,

and

LUIS TORIBIO, ENGLEWOOD INTERNATIONAL SERVCES, INC., CONCILIATION USA INC. (AKA "CONCILIATION CORP.) AND TRM MULTISERVICE LLC,

           Claimants.

21 Civ. 174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 30, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by May 13, 2021. ECF No. 8 ¶¶ 4–5.

That submission is now overdue.  Accordingly, the parties shall submit their joint letter and proposed case management plan by **5:00 p.m.** on **May 18, 2021**.

SO ORDERED.

Dated: May 17, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge