

U.S. Department

United States
Southern District

The Silvio J. Mollo
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2021

May 18, 2021

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. $136,096.57, et al.*, 21 Cv. 174 (AT)

Dear Judge Torres:

    The Government respectfully writes, with the consent of counsel for the claimants, to request that the Initial Pretrial Conference and all discovery in the above-captioned matter be stayed because of a related criminal case. On April 21, 2021, Luis Toribio, a claimant in this proceeding, was charged by complaint with one count of bank fraud, in violation of Title 18, United States Code, Sections 1344 and 2. *United States v. Toribio*, 21 Mag. 4341. The defendant was presented on May 13, 2021 and was released on bail. *Id.*, ECF No. 4.

    The allegations in the criminal complaint significantly overlap with the allegations in the forfeiture complaint filed in this matter. Accordingly, the parties jointly request a stay during the pendency of the criminal proceedings, or until a party applies to lift the stay, so as not to adversely affect the rights of Mr. Toribio or to interfere with the Government's prosecution of the criminal case. This is the second request for a stay.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    United States Attorney

GRANTED.

SO ORDERED.

Dated: May 19, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge