UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

$136,096.57 FORMERLY ON DEPOSIT IN CAPITAL ONE BANK ACCOUNT 7528402644, HELD IN THE NAME OF "CONCILIATION USA, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

and

$285,874.95 FORMERLY ON DEPOSIT IN KEARNY BANK ACCOUNT 294401377, HELD IN THE NAME OF "TRM MULTISERVICE LLC," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

                    Defendants-*in-rem*,
and

LUIS TORIBIO, ENGLEWOOD INTERNATIONAL SERVCES, INC., CONCILIATION USA INC. (AKA "CONCILIATION CORP.) AND TRM MULTISERVICE LLC,

                    Claimants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/19/2021__

21 Civ. 174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Government shall submit a status letter to the Court by **August 19, 2021**, and every thirty (30) days thereafter.

The Clerk of Court is directed to terminate the motion at ECF No. 13.

SO ORDERED.

Dated: July 19, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge