USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/19/2021__

U.S. Dep[artment of Justice]

United S[tates Attorney]
Southern [District of New York]

The Silvio J. [Mollo Building]
One Saint Andrew's Plaza
New York, New York 10007

August 19, 2021

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. $136,096.57, et al.*, 21 Cv. 174 (AT)

Dear Judge Torres:

The Government respectfully writes, pursuant to the Court's July 19, 2021 Order (Dkt. 15) to provide the Court with a status update regarding the related criminal case, *United States v. Toribio*, 21 Mag. 4341. The Government and defense counsel in that case have engaged in numerous productive discussions regarding a resolution of the matter. Those discussions are ongoing and accordingly the parties jointly request a continued stay in the above-captioned civil forfeiture matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/_____
Sheb Swett
Assistant United States Attorneys
(212) 637-6522

GRANTED.  The Government shall submit a status letter to the Court by **September 20, 2021**, and every thirty (30) days thereafter.

SO ORDERED.

Dated: August 19, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge