

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/21/2021
```

September 20, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. $136,096.57, et al.*, 21 Cv. 174 (AT)

Dear Judge Torres:

The Government respectfully writes, pursuant to the Court's August 19, 2021 Order (Dkt. 17) to provide the Court with a status update regarding the related criminal case, *United States v. Toribio*, 21 Mag. 4341. The Government and defense counsel in that case have engaged in numerous productive discussions regarding a resolution of the matter. Based on those discussions, the Government is drafting a written plea agreement for Mr. Toribio's consideration, which would encompass the property at issue in the above-captioned civil forfeiture matter. Accordingly, the parties jointly request a continued stay of this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/ _____
Sheb Swett
Assistant United States Attorneys
(212) 637-6522

GRANTED. The Government shall submit a status letter to the Court by **October 22, 2021**, and ever thirty (30) days thereafter.

SO ORDERED.

Dated: September 21, 2021
       New York, New York

ANALISA TORRES
United States District Judge