UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

$136,096.57 FORMERLY ON DEPOSIT IN
CAPITAL ONE BANK ACCOUNT 7528402644,
HELD IN THE NAME OF "CONCILIATION USA,
INC.," AND ALL FUNDS TRACEABLE
THERETO, INCLUDING ACCRUED
INTEREST,

and

$285,874.95 FORMERLY ON DEPOSIT IN
KEARNY BANK ACCOUNT 294401377, HELD
IN THE NAME OF "TRM MULTISERVICE
LLC," AND ALL FUNDS TRACEABLE
THERETO, INCLUDING ACCRUED INTEREST,

Defendants-*in-rem*,

and

LUIS TORIBIO, ENGLEWOOD
INTERNATIONAL SERVCES, INC.,
CONCILIATION USA INC. (AKA
"CONCILIATION CORP.) AND TRM
MULTISERVICE LLC,

Claimants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/27/2021_

21 Civ. 174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 21, 2021, the Court ordered the Government to submit a status letter by October 22, 2021.  ECF No. 19.  That submission is now overdue.  Accordingly, the Government shall submit a status letter by **November 2, 2021**.

SO ORDERED.

Dated: October 27, 2021
    New York, New York

ANALISA TORRES
United States District Judge