**U.S. Department of Justice**

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/1/2021_

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2021

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. $136,096.57, et al.*, 21 Cv. 174 (AT)

Dear Judge Torres:

    The Government respectfully writes, pursuant to the Court's October 27, 2021 Order (Dkt. 20) to provide the Court with a status update regarding the related criminal case, *United States v. Toribio*, 21 Mag. 4341. The Government has extended a plea offer for Mr. Toribio's consideration, which expires on November 12, 2021. This plea offer would encompass the property at issue in the above-captioned civil forfeiture matter. Accordingly, the parties jointly request a continued stay of this matter.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                    United States Attorney

        By: /s/_____
                Sheb Swett
                Assistant United States Attorneys
                (212) 637-6522

GRANTED. The Government shall submit a status letter to the Court by **December 1, 2021**, updating the Court on the status of the plea offer.

Dated: November 1, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge