

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/26/2022_

U.S. Department

United States A
Southern Distri

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 25, 2022

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. $136,096.57, et al.*, 21 Cv. 174 (AT)

Dear Judge Torres:

The Government respectfully writes to provide the Court with a status update regarding the related criminal case, *United States v. Toribio*, 21 Mag. 4341. The Government is still in negotiations with Mr. Toribio regarding a disposition of the matter. Accordingly, the parties jointly request a continued stay of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/_____
Sheb Swett
Assistant United States Attorneys
(212) 637-6522

cc: All counsel (by email)

GRANTED. The Government shall submit a status letter to the Court by **April 26, 2022**.

SO ORDERED.

Dated: January 26, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge