U.S. Department of Justice

[DOJ Seal]

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/28/2022__

April 27, 2022

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. $136,096.57, et al.*, 21 Cv. 174 (AT)

Dear Judge Torres:

    The Government respectfully writes to provide the Court with a status update regarding the related criminal case, *United States v. Toribio*, 21 Mag. 4341, 22 Cr. ___ (GHW). The parties have scheduled an arraignment to a one-count Information and change of plea in front of the Honorable Gregory H. Woods on April 29, 2022 at 10:00 a.m. The anticipated plea agreement would include Mr. Toribio withdrawing his claims in the instant action and consenting to forfeiture. Accordingly, the parties jointly request a continued stay of this matter.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By: /s/_____
    Sheb Swett
    Assistant United States Attorneys
    (212) 637-6522

cc: All counsel (by email)

GRANTED. By **May 6, 2022**, the Government shall submit a status letter.

SO ORDERED.

Dated: April 28, 2022
       New York, New York

[Signature]
_____
ANALISA TORRES
United States District Judge