

U.S. Department

United States
Southern D

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2022

The Silvio J. Mol
One Saint Andrew's Plaza
New York, New York 10007

May 6, 2022

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. $136,096.57, et al.*, 21 Cv. 174 (AT)

Dear Judge Torres:

The Government respectfully writes to provide the Court with a status update regarding the related criminal case, *United States v. Toribio*, 22 Cr. 246 (GHW). On April 29, 2022, Mr. Toribio pleaded guilty to one count of bank fraud, in violation of Title 18, United States Code, Section 1344, before the Honorable Gregory H. Woods. The plea agreement included an agreement that Mr. Toribio will withdraw his claims in the instant action and consent to forfeiture. The parties are drafting a stipulation and proposed order to that effect. Accordingly, the parties jointly request a short stay of this matter to allow the parties to finalize this paperwork and dispose of this civil matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/_____
Sheb Swett
Assistant United States Attorneys
(212) 637-6522

cc: All counsel (by email)

GRANTED. By **June 6, 2022**, the Government shall submit a status letter.

SO ORDERED.

Dated: May 6, 2022
New York, New York

ANALISA TORRES
United States District Judge