```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/30/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

$136,096.57 FORMERLY ON DEPOSIT IN CAPITAL ONE BANK ACCOUNT 7528402644, HELD IN THE NAME OF "CONCILIATION USA, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

and

$285,874.95 FORMERLY ON DEPOSIT IN KEARNY BANK ACCOUNT 294401377, HELD IN THE NAME OF "TRM MULTISERVICE LLC," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

                Defendants-*in-rem*,

and

LUIS TORIBIO, ENGLEWOOD INTERNATIONAL SERVCES, INC., CONCILIATION USA INC. (AKA "CONCILIATION CORP.) AND TRM MULTISERVICE LLC,

                Claimants.

21 Civ. 174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 6, 2022, the Court ordered the Government to submit a status letter by June 6, 2022. ECF No. 28. That submission was not submitted. Therefore, on June 16, 2022, the Court ordered the Government to submit a status letter by June 21, 2022. ECF No. 30. That submission is overdue. Accordingly, the Government shall submit a status letter by **July 6, 2022**.

      SO ORDERED.

Dated: June 30, 2022
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge