```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/10/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

$136,096.57 FORMERLY ON DEPOSIT IN CAPITAL ONE BANK ACCOUNT 7528402644, HELD IN THE NAME OF "CONCILIATION USA, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

and

$285,874.95 FORMERLY ON DEPOSIT IN KEARNY BANK ACCOUNT 294401377, HELD IN THE NAME OF "TRM MULTISERVICE LLC," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

                Defendants-*in-rem*,

and

CONCILIATION USA INC. (AKA "CONCILIATION CORP."),
                Claimant.

21 Civ. 174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 8, 2022, the Court order that Claimant retain new counsel and that the counsel should enter an appearance in this matter by August 8, 2022. The Court warned that failure to do so would preclude Claimant from participating in this matter. ECF No. 35 at 3. No counsel for Claimant has entered an appearance. Accordingly, by **August 17, 2022**, the Government shall inform the Court how it plans to proceed.

    SO ORDERED.

Dated: August 10, 2022
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge