```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/31/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

$136,096.57 FORMERLY ON DEPOSIT IN CAPITAL ONE BANK ACCOUNT 7528402644, HELD IN THE NAME OF "CONCILIATION USA, INC.," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

and

$285,874.95 FORMERLY ON DEPOSIT IN KEARNY BANK ACCOUNT 294401377, HELD IN THE NAME OF "TRM MULTISERVICE LLC," AND ALL FUNDS TRACEABLE THERETO, INCLUDING ACCRUED INTEREST,

                Defendants-*in-rem*,

and

CONCILIATION USA INC. (AKA "CONCILIATION CORP."),

                Claimant.

21 Civ. 174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 8, 2022, the Court ordered that Claimant retain new counsel and that the counsel should enter an appearance in this matter by August 8, 2022. The Court warned that failure to do so would preclude Claimant from participating in this matter. ECF No. 35 at 3. On August 10, 2022, because no counsel for Claimant had entered an appearance, the Court ordered the Government to inform the Court how it planned to proceed by August 17, 2022. ECF No. 38. The Government updated the Court about Luis Toribio's sentencing and noted its intention to withdraw the civil forfeiture action. ECF No. 39.

No counsel for Claimant has entered an appearance. Accordingly, by **September 30, 2022**, the Government shall submit a status letter that also informs the Court how it plans to proceed as to Claimant.

SO ORDERED.

Dated: August 31, 2022
       New York, New York

ANALISA TORRES
United States District Judge